THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email:  tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC,

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento)

|  |  |
|---|---|
| JAMES PRATT, | Case No.: 2:25-cv-02961-JAM-AC |
| Plaintiff, | |
| vs. | **STIPULATED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THEREON** |
| THE BANK OF MISSOURI, EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC | |
| Defendants. | Current Response Date:  December 29, 2025 |
| | New Response Date:  January 26, 2026 |

Plaintiff James Pratt ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on October 29, 2025.

2. Defendant's initial deadline to respond to the Complaint is December 28, 2025.

3. Plaintiff and Defendant agreed to a first extension, making Defendant Equifax's deadline to respond to Plaintiff's Complaint currently January 26, 2026.

4.  Defendant Equifax has requested and Plaintiff has consented to extend the time 28 days for Defendant to respond to the Complaint up to and including February 23, 2026, so that the parties

- 1 –

**STIPULATED MOTION FOR SECOND EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

may continue engaging in good faith settlement discussions, and that in the event the parties are not able to resolve this matter, Defendant will have sufficient time to prepare and file a responsive pleading.

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted February 9, 2026.

NOKES & QUINN

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email:  tquinn@nokesquinn.com
*Attorney for Defendant Equifax Information Services LLC*

/s/ *Garrett Forrester Charity*
Garrett Forrester Charity
McCarthy Law PLC
4250 North Drinkwater Boulevard Suite 320
Scottsdale, AZ 85251
602-456-8900
Fax: 602-218-4447
Email: garrett.charity@mccarthylawyer.com
*Attorney for Plaintiff*

- 2 –

**STIPULATED MOTION FOR SECOND EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(Sacramento)**

JAMES PRATT,                                    )
                                                )  Case No.: 2:25-cv-02961-JAM-AC
                    Plaintiff,                   )
                                                )
        vs.                                     )
                                                )  **ORDER ON STIPULATED MOTION**
THE BANK OF MISSOURI, EXPERIAN                  )  **FOR SECOND EXTENSION OF TIME**
INFORMATION SOLUTIONS, INC,                     )  **TO RESPOND TO COMPLAINT**
EQUIFAX INFORMATION SERVICES,                   )
LLC, and TRANS UNION, LLC                       )
                                                )
                    Defendants.                 )
                                                )

The joint motion for an extension of time for Defendant Equifax Information Services, LLC to respond to the complaint (ECF No. 1) is **GRANTED**.  Equifax Information Services, LLC shall respond to the complaint on or before **February 23, 2026.**

**IT IS SO ORDERED.**

Dated: February 09, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

- 3 –

**STIPULATED MOTION FOR SECOND EXTENSION**
**OF TIME TO RESPOND TO COMPLAINT**

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500